UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF COLORADO

In the matter of: ) Chapter 13
) Case No. 24-13292 KHT
HUGO ALFREDO PACHECO )
)
SS# Last 4: 3373 )
)

CHAPTER 13 CONFIRMATION STATUS REPORT
(Form 3015-1.4)

PART 1   REPORT

The Debtor(s) submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The Debtor(s) filed for Chapter 13 on June 13, 2024. The Debtor(s) attended the 11 U.S.C. Section 341(a) Meeting of Creditors on July 9, 2024.

PART 2:   NOTICE AND SERVE DATE

The last plan to be noticed and served was dated: 6/17/24 at docket #11.

List All Prior plans and dates of filing:

| Plan | Date of Filing | Docket #: |
|---|---|---|
|  |  |  |
|  |  |  |

PART 3   OBJECTIONS

___   No objections have been filed to the last plan.

_X_   The following objections have been filed:

| Name of Objecting Party | Docket #: |
|---|---|
| Trustee | 18 |
|  |  |

and

_X__ The Debtor(s) complied with the "meet and confer" requirements of L.B.R. 3015-1.

## PART 4 – SUMMARY OF OBJECTIONS

| Objection | Debtor's Response |
|---|---|
| 1 | The Debtor states they have made the first payment. |
| 2, 4, 5 | Plan corrections can be made to resolve these objections |
| 3– | The monthly budget can be amended |
| 7– | The Debtor/attorney will discuss with the Trustee what amount to a retirement account is acceptable on a monthly basis. |

## PART 5 – RESOLUTION OF OBJECTIONS BY AMENDED PLAN

Use this section if the Debtor intends to resolve the objection(s) by filing an amended plan.

   a. Filing of the Plan

   _XX_ The Debtor(s) will file an amended plan

   b. Treatment of Objections by Amended Plan:

   _X_ The amended plan is intended to resolve all of the objections filed;

   ____ The Amended plan is intended to resolve only certain objections.

   c. Notice of Amended Plan:

   ___ Notice to all creditors: The Debtor contends notice of the amended plan must be served on the Chapter 13 Trustee, and ALL creditors and parties in interest.

   _x__ Request to Limit Notice: the Debtor requests notice of the amended plan be limited for the following reasons: Only the Trustee objected to the first plan

   ____ Request to waive notice: The Debtor requests notice of the amended plan be waived for the following reasons: _____

    d.    Objection Time Period for Amended Plan:

        _x_    Objection deadline pursuant to Fed. R. Bankruptcy P. 2002(b): the Debtor contends notice of the amended plan should be for the full objection period set forth in FRBP 2002(b)

        ____    Request to shorten Objection time period: The Debtor requests the objection period set forth in Fed. R. Bankruptcy P. 2002 (b) be shortened to ____ days due to the following: _____.

## PART 6 RESOLUTION OF OBJECTIONS BY JUDICIAL DETERMINATION

    ____    The Debtor requests judicial determination of all outstanding objections;

    ____    The Debtor requests judicial determination of only certain objections raising the following outstanding issues: N/A

**PART 7    OTHER INFORMATION OF STATUS OF THE CASE**

n/a

**PART 8    SIGNATURE OF THE DEBTOR'S ATTORNEY**

/s/ Michael M. Noyes        Date: July 24, 2024
Michael M. Noyes (Bar# 23054)
A Professional Corporation
1873 S. Bellaire St., #1550
Denver, CO 80222
Telephone: (303) 756-6789

## CERTIFICATE OF MAILING

I hereby certify that on July 24, 2024, the foregoing

Status Report

was forwarded via the Court's electronic system CM/ECF or by United States Mail, postage prepaid, to THE FOLLOWING: ("x" MARKS THE APPROPRIATE TRUSTEE SERVED)

    _x_    ADAM GOODMAN (Mann)        ____    DOUGLAS KIEL
            PO BO 1169                                            4725 S. MOACO ST., #120
            DENVER, CO 80201                              DENVER, CO 80237

/s/Michael M. Noyes
Michael M. Noyes, Esq.
A Professional Corporation
1873 S. Bellaire St., #1550
Denver, CO 80222
Telephone: (303) 756-6789