# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

In the matter of:

**HUGO ALFREDO PACHECO**

SS# Last 4: 3373

) Chapter 13
) Case No. 24-13292 KHT
)
)
)
)
)

## CHAPTER 13 CONFIRMATION STATUS REPORT
### (Form 3015-1.4)

**PART 1    REPORT**

The Debtor(s) submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The Debtor(s) filed for Chapter 13 on June 13, 2024. The Debtor(s) attended the 11 U.S.C. Section 341(a) Meeting of Creditors on July 9, 2024.

**PART 2:   NOTICE AND SERVE DATE**

The last plan to be noticed and served was dated: 6/17/24 at docket #11.

List All Prior plans and dates of filing:

| Plan    | Date of Filing  | Docket #: |
|---------|-----------------|-----------|
| Amended | August 28, 2024 | 29        |
|         |                 |           |

**PART 3    OBJECTIONS**

___    No objections have been filed to the last plan.

_X_   The following objections have been filed:

| Name of Objecting Party | Docket #: |
|-------------------------|-----------|
| Trustee                 | 37        |
|                         |           |

and

_X_ The Debtor(s) complied with the "meet and confer" requirements of L.B.R. 3015-1.

## PART 4 – SUMMARY OF OBJECTIONS

| Objection | Debtor's Response |
|---|---|
| 1 | This is a 100% plan. The Debtor can correct part 2.5 of the plan to reflect that the Debtor is above median, and this should allow the Trustee to withdraw the objection and we can confirm this plan |

## PART 5 – RESOLUTION OF OBJECTIONS BY AMENDED PLAN

Use this section if the Debtor intends to resolve the objection(s) by filing an amended plan.

a. Filing of the Plan

_XX_ The Debtor(s) does not believe there is a need to file an amended plan and believes a corrected plan will resolve the issues for confirmation.

b. Treatment of Objections by Amended Plan:

____ The amended plan is intended to resolve all of the objections filed;

____ The Amended plan is intended to resolve only certain objections.

c. Notice of Amended Plan:

____ Notice to all creditors: The Debtor contends notice of the amended plan must be served on the Chapter 13 Trustee, and ALL creditors and parties in interest.

____ Request to Limit Notice: the Debtor requests notice of the amended plan be limited for the following reasons: Only the Trustee objected to the first plan

____ Request to waive notice: The Debtor requests notice of the amended plan be waived for the following reasons: _____

d. Objection Time Period for Amended Plan:

____ Objection deadline pursuant to Fed. R. Bankruptcy P. 2002(b): the

   Debtor contends notice of the amended plan should be for the full objection period set forth in FRBP 2002(b)

   \_\_\_ Request to shorten Objection time period: The Debtor requests the objection period set forth in Fed. R. Bankruptcy P. 2002 (b) be shortened to \_\_\_ days due to the following: _____.

## PART 6 RESOLUTION OF OBJECTIONS BY JUDICIAL DETERMINATION

  \_\_\_ The Debtor requests judicial determination of all outstanding objections;

  — The Debtor requests judicial determination of only certain objections raising the following outstanding issues: N/A

**PART 7 OTHER INFORMATION OF STATUS OF THE CASE**

  n/a

**PART 8 SIGNATURE OF THE DEBTOR'S ATTORNEY**

/s/ Michael M. Noyes   Date: September 25, 2024
Michael M. Noyes (Bar# 23054)
A Professional Corporation
1873 S. Bellaire St., #1550
Denver, CO 80222
Telephone: (303) 756-6789

## CERTIFICATE OF MAILING

I hereby certify that on September 25, 2024, the foregoing

Status Report

was forwarded via the Court's electronic system CM/ECF or by United States Mail, postage prepaid, to THE FOLLOWING: ("x" MARKS THE APPROPRIATE TRUSTEE SERVED)

  __x__ ADAM GOODMAN (Mann)   ____ DOUGLAS KIEL
    PO BO 1169             4725 S. MOACO ST., #120
    DENVER, CO 80201         DENVER, CO 80237

/s/Michael M. Noyes
Michael M. Noyes, Esq.
A Professional Corporation
1873 S. Bellaire St., #1550
Denver, CO 80222
Telephone: (303) 756-6789